JOHN W. WESCOTT, attorney-general, respondent,

*v.*

AMERICAN CREOSOTING COMPANY, appellant.

[Submitted November Term, 1916.   Decided March 5th, 1917.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *86 N. J. Eq. 104.*

*Mr. John W. Wescott,* attorney-general, for the respondent.

*Mr. Francis Lafferty,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—13.

*For reversal*—None.